**Order entered April 27, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00058-CV

## M. SAMEER AHMED, AS ASSIGNEE OF JTP DIAGNOSTICS LLC, AND FRANK AMINI, Appellants

## V.

## BANK OF WHITTIER, N.A., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-03796-C**

### ORDER

Before the Court are appellants' April 13, 2021 motion for referral to mediation and for an extension of time to file their brief on the merits and appellee's response opposing the motion. We **GRANT** the motion **ONLY TO THE EXTENT** that appellants shall file their brief **within thirty days** of the date of this order.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE